AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

| | /s/ ERICK L. GUZMAN |
|---|---|
| Date | Signature |
| | Print Name / Bar Number |
| | Address |
| | City / State / Zip Code |
| | Phone Number / Fax Number |

1  **ERICK L. GUZMAN**
   California State Bar No. 244391
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: erick_guzman@fd.org

5  Attorneys for Pascual Tomas-Jose

6

7

8                     UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10                      **(HONORABLE JAN M. ADLER)**

11 | UNITED STATES OF AMERICA,      )   Case No. 08MJ2333
                                    )
12 |         Plaintiff,              )
                                    )
13 | v.                              )   **CERTIFICATE OF SERVICE**
                                    )
14 | PASCUAL TOMAS-JOSE,             )
                                    )
15 |         Defendant.              )
   |_____ )
16

17         Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his

18 information and belief, and that a copy of the foregoing document has been served this day upon:

19                            U.S. Attorney CR
                            Efile.dkt.gc2@usdoj.gov
20

21                                         Respectfully submitted,

22

23 DATED:       August 12, 2008            /s/ Erick L. Guzman
                                           **ERICK L. GUZMAN**
24                                         Federal Defenders of San Diego, Inc.
                                           Attorneys for Pascual Tomas-Jose
25

26

27

28